AO 91 (5/85) Criminal Complaint

# United States District Court

2007 JAN 29 AM 3:04

SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA
V.

Christopher Anderson
D.O. /1978
SSN: -0534
F.B.I. #: 854378DB4

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: **1:07MJ012**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 27, 2005 in Hamilton county, in the Southern District of Ohio defendant(s) did, (Track Statutory Language of Offense)

conspire to possess with intent to distribute in excess of 100 kilograms of marijuana,

in violation of Title 21 United States Code, Section(s) 846; 841(a)(1) & (b)(1)(B)

I further state that I am a(n) Hamilton County Regional Narcotics Unit Officer and that this complaint is based on the following facts:

See Affidavit attached hereto.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Signature of Complainant

Sworn to before me and subscribed in my

1/29/07
Date

at Cincinnati, Ohio
City and State

Timothy S. Hogan
United States Magistrate Judge

Signature of Judicial Officer

KLP

**AFFIDAVIT**

Affiant, Kyle L. Ingram, being fully sworn deposes and says:

Affiant is an Agent of the Hamilton County Sheriff's Department, Regional Enforcement Narcotics Unit (hereinafter "RENU") and has been so employed since 1996. Prior to that, Affiant served as an officer with the Cincinnati Police Department, Street Corner Unit for approximately 6 years and also as a uniformed officer for approximately 4 years. Affiant is charged with investigating crimes against the United States of America, including, but not limited to trafficking of narcotics and money laundering.

While being trained as an Agent of RENU, Affiant has received over 300 hours of formal classroom training specifically in the area of narcotics investigations.

Affiant alleges that there is probable cause to believe that Christopher Anderson, date of birth ( '1978, Social Security Number -0534, has conspired with others to possess and distribute in excess of 100 kilograms of marijuana in the Southern District of Ohio. Your Affiant states that the facts which establish the probable cause necessary for issuance of an arrest warrant are either personally known to me or have been told to me directly by other Federal, State, or local law enforcement officers with whom I have worked on this case.

Your Affiant submits that on or about September 26, 2005, Anderson obtained an F150 Econoline GMC van for the purpose of traveling to Chicago, Illinois and transporting a

large amount of marijuana to the Southern District of Ohio. Anderson recruited Marcus Ferguson to be the driver for the vehicle. Prior to leaving for Chicago, Anderson traveled to the Best Wireless store, located at 950 West Northbend Road, Cincinnati, Ohio, for the purpose of purchasing two Nextel Boost Mobile Telephones. Subsequently, Anderson and Ferguson drove in separate vehicles from the Southern District of Ohio to Chicago, Illinois. Ferguson drove the Econoline van and Anderson traveled in a grey Nissan Maxima.

On or about September 27, 2005, at approximately 4:30 a.m., Ferguson was stopped while driving the Econoline F-150 van traveling eastbound on Interstate 74 towards Cincinnati with approximately 1600 pounds of marijuana. Anderson continued to Cincinnati.

Based upon the foregoing, your Affiant has probable cause to believe that Christopher Anderson, Date of birth 1978 Social Security Account Number -0534, has conspired with others to possess with the intent to distribute in excess of 100 kilograms of marijuana.

Affiant further sayeth naught.

Kyle L. Ingram
Agent
RENU
Cincinnati, Ohio

Subscribed and sworn to before me this 29th day of January, 2007.

U.S. Magistrate Judge